# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**for the Eastern District of Virginia**
**Alexandria Division**

| | |
|---|---|
| **In re: Philip K. Stephens and Emily A. Stephens** <br> **Debtor** | **Case No. 23-11966-BFK** <br> **Chapter 13** |

**PHILIP K. STEPHENS and**
**EMILY A. STEPEHENS,**
    **Plaintiffs**
**v.**                                                                                                                                            **Adv. Pro. No. 25-01006-BFK**

**SOLAR MOSAIC LLC,**
    **Defendant.**

### ORDER ON CONSENT MOTION TO APPROVE SETTLEMENT AGREEMENT IN ADVERSARY PROCEEDING NO. 25-01006-BFK

On this date the Court considered the Consent Motion to Approve Settlement between Philip K. Stephens and Emily A. Stephens ("**Debtors**") and Solar Mosaic LLC ("**Solar Mosaic**"), in Adversary Proceeding No. 25-01006-BFK (the "**Motion**"). Capitalized terms used but not defined in this Order shall have the meanings given such terms in the Motion. Based upon the Motion and the presentations of counsel, the Court hereby finds as follows:

    A.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this is a core proceeding pursuant to 28 U.S.C. §§ 157(b).

    B.     Notice of this Consent Motion was sufficient under the circumstances and no other or further notice is required.

    C.     The Court finds that the Settlement Agreement described in and attached to the Consent Motion is in the best interests of the Debtors' estate, its creditors, and the parties.

Based on the foregoing, and for other good cause shown, the Court hereby ORDERS that:

1. Pursuant to Bankruptcy Rule 9019, the Settlement Agreement is hereby APPROVED in its entirety. The Parties are authorized to take any action as may be necessary or appropriate to implement, effectuate and fully perform under the Settlement Agreement in accordance with this Order.

2. The waivers and releases set forth in the Settlement Agreement are specifically approved and authorized.

3. This Order and the Settlement Agreement shall be binding in all respects upon the Debtors, the Debtors' estates, all creditors of the Debtors, their successors and assigns, the Chapter 13 Trustee, and any Chapter 7 trustee appointed upon a conversion of this case to a case under Chapter 7 under the Bankruptcy Code.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

ENTERED: _____

BRIAN F. KENNEY, JUDGE
UNITED STATES BANKRUPTCY COURT

WE ASK FOR THIS:

*/s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com

Robert Weed
Bankruptcy Law Office of Robert Weed
5019 Backlick Road, Unit C
Annandale, Virginia 22003
(703) 335-7793
robertweed@robertweed.com
Attorneys for Plaintiffs

SEEN AND AGREED:

*/s/ Mary C. Zinsner*
Mary C. Zinsner, VSB #31397
mary.zinsner@troutman.com
TROUTMAN PEPPER LOCKE LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-2950

Massie P. Cooper, VSB #82510
massie.cooper@troutman.com
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Telephone: (804) 697-1200
Attorneys for Defendant Solar Mosaic LLC

## RULE 9022-1 CERTIFICATION

Pursuant to LBR 9022-1, I hereby certify that true copies of the foregoing have been endorsed by and/or served upon all necessary parties.

/s/ *Kristi C. Kelly*
Counsel

## SERVICE LIST