**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

IN RE:

    Philip K. Stephens, III                               Case No. 23-11966-BFK
    Emily A. Stephens
            Debtors                                 Chapter 13

Philip K. Stephens, III
Emily A. Stephens
            Plaintiffs

v.                                                              AP No. 25-01006-BFK

Solar Mosaic, LLC
            Defendant

**ORDER ON MOTION FOR RELIEF FROM STAY**

On January 13, 2026, the Court considered the Consent Motion for Relief from Order Staying Adversary Proceeding in Adversary Proceeding No. 25-01006-BFK (the "Motion"). Based upon the Motion and the presentations of counsel, the Court hereby finds as follows:

A. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this is a core proceeding pursuant to 28 U.S.C. §§ 157(b).

B. Notice of the Consent Motion for Relief from Order Staying Adversary Proceeding was sufficient under the circumstances, and no other or further notice is required.

Based on the foregoing, and for other good cause shown, the Court hereby ORDERS that:

1. This Court grants relief from the Stay Order entered by this Court on June 11, 2025, at Docket #13.

2. The 14-day stay described by Bankruptcy Rule 4001(a)(4) is waived;

Dated: Jan 26 2026                             /s/ Brian F Kenney

                                                     Brian F. Kenney
                                                     United States Bankruptcy Judge

Entered on Docket: Jan 27 2026

WE ASK FOR THIS:

Prepared by:
Robert R. Weed, Law Office of Robert R. Weed, 800 Corporate Dr. #301, Stafford, VA 22554
Tel: (703) 335-7793
robertweed@robertweed.com

/s/  Robert R. Weed_____
Robert R. Weed, VSB #24646.
Attorney for Plaintiffs
Law Offices of Robert R. Weed
13800 Coppermine Rd.
Herndon, VA  20171
(703) 335-7793


/s/ Mary C. Zinsner,_____
Mary C. Zinsner, VSB #31397
Attorney for Defendant
Troutman Pepper Locke LLP
401 9th Street NW, Ste 1000
Washington, DC 20004
(202) 274-2950


SEEN:


/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince St., Ste. 202
Alexandria, VA 22314
(703) 836-2226


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Robert R. Weed_____
Robert R. Weed
Counsel for Plaintiffs



Copies to:

Prepared by:
Robert R. Weed, Law Office of Robert R. Weed, 800 Corporate Dr. #301, Stafford, VA 22554
Tel: (703) 335-7793
robertweed@robertweed.com

Solar Mosaic LLC
601 12th St, Ste 325
Oakland, CA 94607-3886

Solar Mosaic LLC
c/o CT Corporation System, Registered Agent
4701 Cox Rd., Ste 285
Glen Allen, VA 23060

Philip K. Stephens, III
Emily A. Stephens
9661 Culloden Ct.
Bristow, VA 20136

---

Prepared by:
Robert R. Weed, Law Office of Robert R. Weed, 800 Corporate Dr. #301, Stafford, VA 22554
Tel: (703) 335-7793
robertweed@robertweed.com